**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed June 7, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00055-CV

## IN RE FAF HOLDING COMPANY, L.L.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-256411**

---

## MEMORANDUM OPINION

On January 28, 2022, relator FAF Holding Company, L.L.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frank J. Fraley, presiding judge of the 240th District Court of Fort Bend County, to set aside his June 18, 2020 order of abatement.

On May 20, 2022, relator filed an unopposed motion to dismiss this original proceeding. Relator's motion is granted.

Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.